UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ ARMAS,<br><br>Defendant. | No.  2:24-po-00100-JDP<br><br><br><br><br><u>REFUND ORDER</u> |

On May 14, 2024, defendant failed to appear for his initial appearance.  The U.S. Attorney moved for a $360.00 bench warrant to issue.  The court granted this request and ordered the $360.00 bench warrant.  On June 5, 2024, defendant paid his original ticket (CA45/FAMA001S), which consisted of a $150.00 fine and $30.00 processing, for a total of $180.00 to the Central Violations Bureau.  The court accepted this payment amount to resolve the matter and recalled the $360.00 bench warrant.  Defendant's case was ordered closed on June 5, 2024.  For reasons unknown by the court, on June 25, 2024, defendant paid an additional $180.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded the $180.00 paid on June 25, 2024, due to overpayment.

Dated:  June 26, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1